IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-00630-WYD-MJW

REBECCA KERCHER,

    Plaintiff,

v.

SILVERMAN LAW FIRM, P.C.,

    Defendant.

## ORDER OF DISMISSAL

Pursuant to the Notice of Voluntary Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this matter is **DISMISSED WITHOUT PREJUDICE**.

    Dated: May 5, 2010

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge